## STERLING v. ROGERS.

*Appeal from Mahaska Circuit Court — Thursday, August 4.*

*J. A. L. Crookham* for the appellant — *M. T. Williams* and *Z. T. Fisher* for the appellee.

WRIGHT, J. — Defendants and others petitioned for a road to be located through plaintiff's land. Plaintiff claimed damages. In the circuit court he was allowed a certain amount, being the value of the land taken, and now appeals, insisting that the court erred in the measure of damages adopted.

As we understand the record the conclusions of law, upon the facts found, were in strict accord with the rules recognized and settled by this court in 2 Iowa, 288 (*Henry* v. *D. & P. Co.*), and in 1 id. 386 (*Sater* v. *B. & M. Plk. R. Co.*) No question was made as to the effect of the located road in leaving plaintiff's land open and unfenced, and the duty of the court to consider these facts in the estimation of damages.

The court simply declined to allow the costs of a fence which might never be built.

Affirmed.

---

## CHAPMAN v. BAMFORD *et ux.*

*Appeal from Warren District Court — Wednesday, August 31.*

Bill in equity to set aside a conveyance of real estate. Decree for plaintiff. The case turned entirely upon the facts, and the judgment of the court below was affirmed, as being sustained by the evidence — WRIGHT, J., delivering the opinion.

*J. R. Barcroft* for the appellant — *Phillips, Gatch & Phillips* for the appellee.